UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
–––––––––––––––––––––––––––––––––––––––––X
In Re:                                                                    **CHAPTER** 7

Richard J Barry                                                      **CASE NO.**: 09−37864−cgm
Sharon Lynn Barry
                              Debtor(s)
–––––––––––––––––––––––––––––––––––––––––X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on January 14, 2010 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

**ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on January 14, 2010 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 6, 2017
    Poughkeepsie , New York                                       /s/ Cecelia G. Morris
                                                                                                   Hon. Cecelia G. Morris
                                                                                                  Chief U.S. Bankrupty Judge

    *Inquiries concerning this order may be directed to the Clerk's Office, at 845−452−4200.

```
                         United States Bankruptcy Court
                         Southern District of New York
In re:                                                       Case No. 09-37864-cgm
Richard J Barry                                              Chapter 7
Sharon Lynn Barry
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0208-4          User: admin              Page 1 of 1          Date Rcvd: Sep 06, 2017
                              Form ID: 155amend        Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db/jdb       +Richard J Barry,   Sharon Lynn Barry,   79 Abruyn St.,   Right Apt.,   Kingston, NY 12401-5678
tr           +Michael O'Leary,   225 Dolson Avenue,   Suite 303,   P.O. Box 929,   Middletown, NY 10940-0929
smg          +N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg          +United States Attorney's Office,   Southern District of New York,
               Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
cr           +Mid-Hudson Valley Federal Credit Union,   c/o Deily, Mooney & Glastetter, LLP,
               8 Thurlow Terrace,   Albany, NY 12203-1006
4991574     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:   FIA CARD SERVICES,   PO BOX 15019,   WILMINGSTON, DE 19886-5019)
4991570       CHASE,   PO BOX 15298,   WILMINGTON, DE 19850-5298
4991571     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:   CITICARDS,   PO BOX 182564,   COLUMBUS, OH 43218-2564)
4991573       EMERGENCY PHYS SVCS NY,   PO BOX 5406,   CINCINNATI, OH 45273-7942
4991577      +MOBILE LIFE SUPPORT SERVICES,   PO BOX 471,   NEWBURGH, NY 12551-0471
4991578       NATIONAL CITY,   PO BOX 856177,   LOUISVILLE, KY 40285-6177
4991581       TEAMSTER PRIVILEGE CREDIT CARD,   PO BOX 17051,   BALTIMORE, MD 21297-1051
4991583     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   US BANK,   PO BOX 790408,   ST. LOUIS, MO 63179-0408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4991572       E-mail/Text: mrdiscen@discover.com Sep 07 2017 01:01:57     DISCOVER CARD,   PO BOX 71084,
               CHARLOTTE, NC 28272-1084
4991575       E-mail/Text: camanagement@mtb.com Sep 07 2017 01:02:43     M&T BANK,   1100 WEHRLE DR.,
               WILLIAMSVILLE, NY 14221-7748
4991576      +E-mail/Text: hnalepa@mhvfcu.com Sep 07 2017 01:04:46     MID HUDSON VALLEY CREDIT UNION,
               PO BOX 1429,   KINGSTON, NY 12402-1429
4991579       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 00:58:43     SAM'S CLUB,   PO BOX 530942,
               ATLANTA, GA 30353-0942
4991580       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 00:58:43     SAM'S CLUB DISCOVER,
               PO BOX 960013,   ORLANDO, FL 32896-0013
4991582       E-mail/Text: ering@cbhv.com Sep 07 2017 01:02:53     THE KINGSTON HOSPITAL,   C/O CBHV INC.,
               PO BOX 831,   NEWBURGH, NY 12551-0831
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Martin A. Mooney    on behalf of Creditor   Mid-Hudson Valley Federal Credit Union
               ahight@schillerknapp.com,
               kcollins@schillerknapp.com;ahight@ecf.courtdrive.com;tshariff@schillerknapp.com
              Michael O'Leary    moleary@fcc.net
              Rebecca A. Millouras-Lettre    on behalf of Debtor Richard J Barry rmllegal@yahoo.com
              United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```